UNITED STATES DISTRICT COURT

District of Massachusetts

Case No. 1:16-CV-11791-NMG

AFRASIABI

VS.

COMMONWEALTH OF MASSACHUSETTS, ET ALL

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS, REQUEST FOR A HEARING**

Now comes the Plaintiff, Afrasiabi, pro se, and pursuant to the relevent rules of civil procedure moves the Honorable Court to issue an order of default judgment against all the defendants named in this action.

As grounds for this Motion, Plaintiff states that (a) all the Defendants have been duly served, on September 19, 2016, through a constable and the original summons and proofs of service by constable Robert Sweeney have been submitted to court as required, and (b) the Defendants have failed to comply with the requirement of answering the complaint as required by law and therefore a default judgment against them is called for in the interest of justice. Plaintiff requests an immediate hearing on this Motion.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

PO 721

Watertown, MA 02471

Certificate of service: A true copy of this Motion has been sent to the Defendants at their respective addresses through regular mail, on this date, October 11, 2016, under the pains and penalties of perjury.

*Motion denied.* /s/NM Gorton, USDJ 11/10/16